[No. 9650–1–II.  Division Two.  August 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY
NELSON MURRAY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 122530R20, J. Kelley Arnold, J., entered January 9, 1986. *Affirmed* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Berschauer and Wieland, JJ. Pro Tem.

[No. 9634–0–II.  Division Two.  August 27, 1987.]

*In the Matter of* PHILLIP DEAN MENEES.

Appeal from a judgment of the Superior Court for Kitsap County, No. JC–4836, Leonard W. Kruse, J., entered February 28, 1986. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Doran and Mitchell, JJ. Pro Tem.

[No. 17042–2–I.  Division One.  August 31, 1987.]

EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN, *Respondent,* v. UNDERWRITERS AT LLOYD'S,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 746372, James A. Noe, J., entered July 30, 1985. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ringold, A.C.J., and Pekelis, J.